```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


IN RE: CARLOS GARCIA,           )  CASE NO. CV 13-17-ODW (PJW)
                                )
              Petitioner,       )  ORDER TO SHOW CAUSE WHY PETITION
                                )  SHOULD NOT BE DISMISSED
              v.                )
                                )
WARDEN,                         )
                                )
              Respondent.       )
                                )
```

On December 6, 2012, Petitioner constructively filed a Petition for Writ of Habeas Corpus, seeking to challenge his September 2, 2002 sentence of 21 years, which he received after pleading no contest to voluntary manslaughter with the personal use of a firearm. (Petition at 2.)  In the Petition, he claims that he was unlawfully sentenced to the high term on both the manslaughter conviction and the firearm enhancement and that counsel provided ineffective assistance prior to Petitioner's entry of the guilty plea. (Petition at 99-114.)  For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

1  became final on November 1, 2002--60 days after Petitioner was
2  sentenced and the time expired for him to file an appeal.  *See Mendoza*
3  *v. Carey*, 449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173
4  F. Supp. 2d 1057, 1060 (C.D. Cal. 2001).  Therefore, the statute of
5  limitations expired one year later, on November 1, 2003.  *See*
6  *Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).
7  Petitioner, however, did not file this Petition until December 6,
8  2012, more than nine years after the deadline.
9       IT IS THEREFORE ORDERED that, no later than **February 4, 2013**,
10 Petitioner shall inform the Court in writing why this case should not
11 be dismissed with prejudice because it is barred by the statute of
12 limitations.  Failure to timely file a response will result in a
13 recommendation that this case be dismissed.
14      DATED:   January 3, 2013

17                                      PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\GARCIA, C 17\OSC dismiss pet.wpd