UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: CARLOS GARCIA, | ) | CASE NO. CV 13-17-BRO (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>July 3, 2013</u>.

                                            BEVERLY REID O'CONNELL
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd